LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law — A Law Corporation

GEORGE W. BRANDT  1181-0
*gbrandt@lbchlaw.com*
PAUL R. GRABLE  4232-0
*pgrable@lbchlaw.com*
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030

Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>GRACE PACIFIC LLC fka GRACE PACIFIC CORPORATION,<br><br>    Defendant. | CIVIL NO. 19-00156 (DKW-RLP)<br>(Declaratory Judgment)<br><br>RULE 26(f) REPORT OF PARTIES' PLANNING MEETING;<br>CERTIFICATE OF SERVICE<br><br><u>Rule 16 Scheduling Conference</u>:<br>  Date:  May 23, 2019<br>  Time:  9:00 a.m.<br>  Judge:  Hon. Richard L. Puglisi |

<u>RULE 26(f) REPORT OF PARTIES' PLANNING MEETING</u>

Pursuant to Federal Rules of Civil Procedure 26(f), an in person

meeting was held on May 2, 2019 and attended by PAUL R. GRABLE for Plaintiff

ZURICH AMERICAN INSURANCE COMPANY and WESLEY H. CHING for Defendant GRACE PACIFIC LLC fka GRACE PACIFIC CORPORATION.  The parties agreed that this case will be dismissed in conjunction with the settlement and dismissal of the underlying case entitled <u>Paradigm Construction, LLC vs. Grace Pacific Corporation</u>, Civil No. 16-1-0653-04 (VLC); First Circuit Court of the State of Hawaii, which reportedly settled last night in mediation with Dispute Prevention & Resolution, with Kale Feldman as mediator.  As a result we don't believe that submission of Initial Disclosures, a Discovery Plan and Other Matters are necessary for the Rule 16 Scheduling Conference.

        DATED:  Honolulu, Hawaii, May 2, 2019.

        /s/ Paul R. Grable
        GEORGE W. BRANDT
        PAUL R. GRABLE
        Attorneys for Plaintiff
        ZURICH AMERICAN INSURANCE COMPANY