LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law — A Law Corporation

GEORGE W. BRANDT  1181-0
*gbrandt@lbchlaw.com*
PAUL R. GRABLE   4232-0
*pgrable@lbchlaw.com*
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030

Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GRACE PACIFIC LLC fka GRACE PACIFIC CORPORATION,<br><br>　　　　　Defendant. | CIVIL NO. 19-00156 DKW-WRP<br>(Declaratory Judgment)<br><br>NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

Notice is hereby given that Plaintiff ZURICH AMERICAN INSURANCE COMPANY, by and through its attorneys, LYONS, BRANDT, COOK & HIRAMATSU, hereby dismisses this action pursuant to Rule

20675 NOTICE 01 PPG

41(a)(1)(A)(i), Federal Rules of Civil Procedure, with prejudice against GRACE PACIFIC LLC fka GRACE PACIFIC COPORATION.

No answer or motion for summary judgment has been filed in this matter and no trial date has been set.  There are no remaining parties or issues.

DATED:  Honolulu, Hawaii, June 13, 2019.

/s/ Paul R. Grable
GEORGE W. BRANDT
PAUL R. GRABLE
Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE COMPANY